FILED
2020 FEB 12 PM 4: 12
U.S. DISTRICT COURT
DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INDICTMENT 1:20 CR 107 |
| | ) | |
| Plaintiff, | ) | JUDGE GAUGHAN |
| | ) | |
| v. | ) | CASE NO. _____ |
| | ) | Title 18, United States Code, |
| ROSA BERNARD, | ) | Section 1071 |
| | ) | |
| Defendant. | ) | |

COUNT 1
(Concealing Person from Arrest, 18 U.S.C. § 1071)

The Grand Jury charges:

On or about August 29, 2019, in the Northern District of Ohio, Eastern Division, Defendant ROSA BERNARD harbored and concealed Brianna Bernard, a person for whose arrest a warrant and process had been issued under the provisions of law of the United States, so as to prevent the discovery and arrest of Brianna Bernard, after notice and knowledge the fact that a warrant and process had been issued for the apprehension of Brianna Bernard, and which warrant had been issued on a felony charge, in violation of Title 18, United States Code, Section 1071.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.